SHOENBLUM, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. February 10, 1905.) Action by Joseph Shoenblum against

the city of New York. T. Farley, for appellant. F. B. House, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including costs, etc., to the sum of $2,294.82, in which event the judgment, as so modified, and order, affirmed, without costs.